IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JOE MOSCON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:09-CV-02332-BBD-tmp |
| | ) |
| GOLDEN RULE INSURANCE COMPANY and CHESTER SHMOLDAS, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL**

COME NOW the Plaintiff, Joe Moscon, and the Defendants, Golden Rule Insurance Company and Chester Shmoldas, and announce to the Court that all matters herein controversy between them have been compromised and settled out of Court, and that the Plaintiff, for valuable consideration, has executed a Release in full and final settlement of all of his claims against the Defendants, including any and all subrogation interests or liens, if any, arising out of the matters here in controversy.  Additionally, pursuant to the Release, the parties have agreed that the policy at issue in this case is null and void and of no effect.  As a result, the parties stipulate that this cause of action should be dismissed with full prejudice to the re-filing of the same, that the parties be relieved from any and all further responsibility in this matter, and that each party shall bear their own discretionary costs.  A proposed Order of Dismissal will be e-mailed to the Court's inbox.

Respectfully submitted this 13th day of January, 2010.

\s\ S. Russell Headrick
S. RUSSELL HEADRICK (TN BPR # 5750)
CHAD D. GRADDY (TN BPR # 23196)
R BRAD MORGAN (TN BPR # 24620)
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
165 Madison Ave., Suite 2000
Memphis, TN  38104
(901) 577-2366 (direct phone)
(901) 577-4264 (direct fax)
rheadrick@bakerdonelson.com

*Attorneys for Defendant,*
*Golden Rule Insurance Company*

\s\ Oscar C. Carr, IV (w/ permission by SRH)
Oscar C. Carr, IV (BPR# 004779)
Attorney at Law
Glankler Brown, PLLC
1700 One Commerce Square
Memphis, Tennessee 38103

*Attorneys for Defendant,*
*Chester Shmoldas*

\s\ Robert D. Flynn (w/ permission by SRH)
Robert D. Flynn (BPR# 007941)
Michelle Howard-Flynn
The Howard-Flynn Law Group
119 South Main Street, Suite 500
Memphis, Tennessee 38103

*Attorneys for Plaintiff, Joe Moscon*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January, 2010, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

_\s\ R Brad Morgan_____<br>
R Brad Morgan (TN BPR # 24620)