*UNITED STATES DISTRICT COURT*
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

**JOE MOSCON**

**v.**  **JUDGMENT IN A CIVIL CASE**
     **Case No. 09-2332**

**GOLDEN RULE INSURANCE COMPANY et al.**

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Dismissal entered on January 13, 2010 this cause is hereby dismissed.


**APPROVED:**

**s/Bernice B. Donald**
**UNITED STATES DISTRICT COURT**

**DATE: 1/13/2010**              THOMAS M. GOULD
                       Clerk of Court


                         s/Taffy Elchlepp
                       (By)  Deputy Clerk